THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN C. FLINN v. ROBERT BARR, Warden of City Prison.— Motion denied. Present Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ABE LOUIS v. SUSAN D. GRIFFITH.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANTONIO MELIAN PAVIA v. PARK-LEXINGTON CORPORATION.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY F. LALLEY v. ROBERT BARR, Warden of City Prison.— Motion denied and all proceedings on the part of the respondent stayed, and the present bail continued, until five days after date of entry of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE MAYAGUEZ DRUG COMPANY, INC. v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY of New York.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BLANCHE OF HAPSBURG-LORRAINE v. FAL DE SAINT PHALLE and Others, Impleaded, etc.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HENRY VILLAUME v. JULIUS NELSON.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANTONIO MELIAN PAVIA v. PARK-LEXINGTON CORPORATION.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALBERT A. VOLK CO., INC., v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE LEARY v. JULIA M. LEARY, Impleaded, etc.— Motion granted on condition that appeal be diligently prosecuted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY COOPER, as Administratrix, etc., of BENJAMIN COOPER, Deceased, v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ARROW IRON WORKS, INC., v. BANK OF YORKTOWN and HARRY B. GREENE and Others.— Motion granted so far as to extend appellant's time so that appeal may be argued or submitted at the January term of this court. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Supplementary Proceedings: STERLING NATIONAL BANK AND TRUST COMPANY OF NEW YORK v. JOSEPH WHITE.— Motion granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MONTEBELLO COAL AND ICE CORPORATION v. MICHAEL BENEDETTO, Impleaded with PATSY BENEDETTO.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANK J. KILLIE v. HIBERNIA TRUST COMPANY.— Motion granted on condition that appeal be prosecuted with the utmost diligence. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

COMMERCIAL NATIONAL BANK, Appellant, v. NATIONAL SURETY COMPANY and Others, Respondents.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O,Malley and Townley, JJ.

* Revd., 259 N. Y. 181.